## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **AMERIS BANK,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **CIVIL ACTION NO. 1:24-cv-394-TFM-N** |
| | ) |
| **GEAUX EXPRESS INCORPORATED,** | ) |
| *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order that was entered in this matter on September 4, 2025 (Doc. 52), **JUDGMENT** is hereby entered in favor of Plaintiff Ameris Bank and against Geaux Express Incorporated as follows:

    1.    As to Count I of the Amended Complaint (Doc. 10), **DEFAULT JUDGMENT** is **ENTERED** in favor of Plaintiff Ameris Bank and against Defendant Geaux Express Incorporated in the amount of $31,186.10 as of June 20, 2025, plus interest accruing at the rate of $12.70 per diem after June 20, 2025, and until the date of judgment;

    2.    As to Count II of the Amended Complaint (Doc. 10), **DEFAULT JUDGMENT** is **ENTERED** in favor of Plaintiff Ameris Bank and against Defendant Geaux Express Incorporated in the amount of $87,473.73 as of June 20, 2025, plus interest accruing at the rate of $36.34 per diem after June 20, 2025, and until the date of judgment; and

    3.    Interest shall accrue on the judgment at the rate established by 28 U.S.C. § 1961.

Further, Plaintiff Ameris Bank's request for attorney's fees and costs that is found in Count III of the Amended Complaint (Doc. 10) is **DENIED**. Plaintiff Ameris Bank did not submit a separate motion for attorney's fees and costs with evidentiary support by the Court's deadline (*see*

Doc. 22), and it stated in its motion to dismiss or drop the individual defendant (Doc. 24) it waives such request so the entry of a final judgment may be expedited.

The **CLERK OF COURT** is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 1st day of December 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE